UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1179
(1:20-cv-00992-RDA-TCB)
_____

CURTISS DAVIS, III

      Plaintiff - Appellant

v.

EDWIN C. ROESSLER, JR., Chief of Police; WUSA9 NEWS; THE WASHINGTON POST; CLINTON E. BEACH, Officer; JEREMY HOFFMAN, Officer

      Defendants - Appellees

and

SUSAN PEREZ; ANA ELIZABETH RIVERA-CRUZ; PEDRO BONILLA; EL CARBONERO, LLC

      Defendants

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wynn, Judge Thacker, and Judge

Heytens.

                                                For the Court

                                                /s/ Patricia S. Connor, Clerk